# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00056 |
| VS. | : | JUDGE ROBERT G. JAMES |
| CODY R. GANN | : | MAG. JUDGE KATHLEEN KAY |

### JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #25], and in the transcript previously filed herein, [Doc. #20] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #21], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Cody R. Gann on May 15, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11.  Defendant is adjudged guilty of fraudulent possession or use of an official pass, as charged in Count 1 of the Indictment.

Monroe, Louisiana, this 16th day of __May__, 2018.


ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE